## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY ALAN ROWE,

    Petitioner,

       v.

SUPT. NANCY GIROUX, et al.,

    Respondents.

NO. 3:13-CV-02444

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

### ORDER

**NOW**, this 27th day of June, 2016, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 42) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 42) is **ADOPTED in its entirety**.

(2)   The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

(3)   A certificate of appealability shall not be issued.

(4)   The Clerk of Court is directed to mark this case as **CLOSED**.

                             A. Richard Caputo
                             United States District Judge