**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREGORY ALAN ROWE, | |
| Petitioner, | CIVIL ACTION NO. 3:13-CV-02444 |
| v. | (JUDGE CAPUTO) |
| SUPT. NANCY GIROUX, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondents. | |

## ORDER

**NOW**, this 23rd day of August, 2016, **IT IS HEREBY ORDERED** as follows:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 42) is **ADOPTED in its entirety**.

(2) The Petition for Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

(3) A certificate of appealability will not be issued.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge