# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ALAN ROWE<br><br>Petitioner,<br><br>v.<br><br>SUPT. NANCY GIROUX, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:13-CV-02444<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MEHALCHICK) |

## **ORDER**

**NOW**, this 1st day of March, 2017, **IT IS HEREBY ORDERED** that Petitioner Gregory Alan Rowe's Motion for Reconsideration (Doc. 50) is **DENIED**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge