# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ALAN ROWE<br><br>Petitioner,<br><br>v.<br><br>SUPT. NANCY GIROUX, et al.,<br><br>Respondents | CIVIL ACTION NO. 3:13-CV-02444<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 3rd day of June, 2018, **IT IS HEREBY ORDERED** that Petitioner's Motion to Alter or Amend Judgment (*Doc.* 65) is **DENIED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge